# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161137

AES MANAGEMENT, INC.,
            Plaintiff-Appellee,

v

KECKES SILVER & GADD, PC, and
LAWRENCE S. GADD,
            Defendants-Appellants.

SC: 161137
COA: 346160
Macomb CC: 2018-001589-NM

_____/

    On order of the Court, the application for leave to appeal the February 6, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



t0222

Clerk